# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR 11-00922 (B) DDP | | Date | October 14, 2014 |
| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | | | |
| Interpreter | for defendant 9: Kathy Sim and Chinsook Kim Moore / for defendant 15: Ludmilla Genn and Anna Sosnovsky | | | |

| John A. Chambers | Maria Bustillos | J. Lana Morton-Owens / Grant B. Gelberg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DAVID JAMES GARRISON (**6**) | ✓ | ✓ | | Michael R. Belter | ✓ | ✓ | |
| THEORDORE CHANGKI YOON (**9**) | ✓ | | ✓ | Michael D. Nasatir / Vicki I. Podberesky | ✓ | | ✓ |
| ELZA BUDAGOVA (**15**) | ✓ | | ✓ | Dominic Cantalupo | ✓ | ✓ | |
| PHIC LIM (**16**) | ✓ | | ✓ | Thomas A Mesereau, Jr. / Victor Sherman | ✓ | | ✓ |
| PERRY TAN NGUYEN (**19**) | ✓ | | ✓ | Thomas Vincent Johnston | ✓ | | ✓ |

_____ Day COURT TRIAL    11th Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   ✓ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

✓ Witnesses called, sworn and testified.

✓ Exhibits identified        ✓ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made      _____ Court instructs jury      _____ Bailiff sworn

_____ Alternates excused      _____ Jury retires to deliberate      _____ Jury resumes deliberations

_____ Finding by Court as follows:      _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)      _____ Not Guilty on count(s)

_____ Jury polled      _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

    Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓   Case continued to   October 16, 2014 at 9:00 a.m.,   for further trial/further jury deliberation.

✓   Other: Defendants THEORDORE CHANGKI YOON (9) and PHIC LIM (16) are dismissed with an order to issue.

                                                                                      2 hours  :  07 mins

                                                 Initials of Deputy Clerk   JAC